# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

**MURRAY MARTIN**

                V.                **CASE NUMBER: 5:06-CV-10(FJS/DEP)**

**MICHAEL HANUSCZAK; et al.**


**[ ]**    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[XX]**    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of **Defendants** against **Plaintiff** dismissing this action for failure to comply with the Memorandum-Decision and Order of the Hon. Frederick J. Scullin, Jr., filed on January 9, 2006.


DATED:    March 10, 2006

                                                    *[signature]*
                                                    Clerk of Court

LKB:lmp